OTTO, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *L. E. Vaudreuil* of Kenosha.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.